IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Otis Moore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO DISCLOSE** |
| | ) | **PLAINTIFF'S WSI FILE** |
| vs. | ) | |
| | ) | |
| DHS Drilling Company, | ) | |
| | ) | Case No. 4:14-cv-003 |
| Defendant. | ) | |

Following a status conference regarding a dispute over the discovery of plaintiff's Workforce Safety & Insurance ("WSI") file, the court issued an order requiring that by no later than October 6, 2014, plaintiff secure the entire WSI file and (1) provide to defendant all portions of the file that plaintiff did not claim were privileged, (2) provide to the court for *in camera* inspection all portions of the file that plaintiff claimed were privileged, and (3) file a brief explaining why the portions of the file not disclosed to defendant were privileged.

Plaintiff provided the court with the portions of the file that were not disclosed to defendant. However, plaintiff failed to file a brief explaining why those portions of the file were privileged. As a result of plaintiff's failure to file a brief as ordered, the court deems any argument that the documents are privileged to be waived. Also, the court has reviewed the portions of the file submitted for its inspection and is unable to discern any basis for a privilege claim. Accordingly, plaintiff is **ORDERED** to disclose to defendant all portions of the WSI file that have not already been produced by no later than October 17, 2014.

Dated this 10th day of October, 2014.

                                                       */s/ Charles S. Miller, Jr.*
                                                       Charles S. Miller, Jr., Magistrate Judge
                                                       United States District Court