## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Otis Moore, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DHS Drilling Company, | ) | |
| | ) | Case No. 4:14-cv-003 |
| Defendant. | ) | |

Before court is a "Stipulation to Extend Deadlines" dated January 7, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 32) and **ORDERS** that the pretrial deadlines be amended as follows:

1. The parties shall have until March 23, 2015, to complete fact discovery and to file discovery motions.

2. Plaintiffs shall provide names of expert witnesses and complete reports under Rule 26(a)(2) by April 15, 2015, and Defendant shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by May 15, 2015. Discovery depositions of experts shall be completed by June 15, 2015.

3. The parties shall have until April 13, 2015, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 8th day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court